# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DURAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.14-cv-77-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 14] |

　　　Pursuant to the parties' joint motion, the above captioned matter is hereby **DISMISSED WITH PREJUDICE**; each party to bear its own fees, costs, and expenses.

　　　The Clerk of Court is instructed to terminate this case.

　　　**IT IS SO ORDERED.**

DATED: June 26, 2014

　　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　　Hon. Michael M. Anello
　　　　　　　　　　　　　　　　　　　United States District Judge

-1-